IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01610-BNB

DANA COOPER,

    Plaintiff,

v.

C/O L. VIGIL,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 9 2010

GREGORY C. LANGHAM
               CLERK

## ORDER OF DISMISSAL

Plaintiff, Dana Cooper, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. On June 29, 2010, Mr. Cooper initiated this action by filing a Prisoner Complaint. On July 16, 2010, Magistrate Judge Boyd N. Boland granted Mr. Cooper leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee. The Court must construe Mr. Cooper's Complaint liberally because he is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110.

The Court has reviewed the Complaint. The claims Mr. Cooper asserts against Defendant Vigil more properly are addressed by the Court in *Cooper v. Archeletta*, No. 10-cv-00560-CMA (D. Colo. Filed Mar. 10, 2010). Rule 15(d) "provides that a court may permit a party to serve a supplemental pleading setting forth transactions, occurrences, or events that have happened since the date of the pleading sought to be supplemented. Motions to supplement are addressed to the sound discretion of the

court." *Gillihan v. Shillinger*, 872 F.2d 935, 941 (10th Cir.1989). "The court should apply the same standard for exercising its discretion under Rule 15(d) as it does for deciding a motion under Rule 15(a)." *Southwest Nurseries, LLC v. Florists Mut. Ins., Inc.*, 266 F. Supp.2d 1253, 1256 (D. Colo. 2003). Although Fed. R. Civ. P. 15(a) requires that leave to amend be freely given, that requirement does not apply where an amendment obviously would be futile." *TC Communications Network, Inc. v. Turner Network Television*, 964 F.2d 1022, 1028 (10th Cir. 1992) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

Therefore, based on the above findings, the Court will dismiss this action. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice with leave for Mr. Cooper to file a motion for supplemental pleading pursuant to Fed. R. Civ. P. 15(d) in *Cooper v. Archeletta (Archuleta), et al.*, No. 10-cv-00560-CMA (D. Colo. filed Mar. 10, 2010).

DATED at Denver, Colorado, this __28th__ day of __July__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01610-BNB

Dana Cooper
Prisoner No. 135056
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/29/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk